## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **DANIELLE MOORE,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **Civil Action No. 4:22-cv-1349** |
| | § | |
| **MIDFIRST BANK,** | § | |
| | § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Danielle Moore ("Plaintiff") and Defendant MidFirst Bank ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted or could have been asserted by Plaintiff against Defendant are hereby dismissed with prejudice.

Respectfully submitted,

By:    /s/ *Shelley L. Hopkins*
        Shelley L. Hopkins – *Attorney In Charge*
        State Bar No. 24036497
        SD ID No. 926469
        HOPKINS LAW, PLLC
        3 Lakeway Centre Ct., Suite 110
        Austin, Texas 78734
        (512) 600-4320
        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP - *Of Counsel*
        ShelleyH@bdfgroup.com
        shelley@hopkinslawtexas.com

        Robert D. Forster, II
        State Bar No. 24048470
        SD ID No. 2647781
        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP

4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 386-5040
(972) 341-0734 (Facsimile)
RobertFO@bdfgroup.com

**ATTORNEYS FOR DEFENDANT**

By:     /s/ *Erick DeLaRue*
Erick DeLaRue
State Bar No. 24103505
Law Office of Erick DeLaRue, PLLC
2800 Post Oak Boulevard, Suite 4100
Houston, Texas 77056
Tel: (713) 899-6727
erick.delarue@delaruelaw.com

**ATTORNEYS FOR PLAINTIFF**